## INDUSTRIAS MAGROMER CUEROS Y PIELES S.A., Plaintiff–Appellee,

v.

## LOUISIANA BAYOU FURS INC., et al., Defendants,

**Louisiana Bayou Furs Inc., William L. Berry, Defendants–Appellants.**

### No. 01–30185.

United States Court of Appeals, Fifth Circuit.

Oct. 23, 2002.

Brent Bennett Barriere (argued), Phelps Dunbar, Owen Bennett St. Amant, Smith & Fawer, New Orleans, LA, Luther T. Munford, Phelps Dunbar, Jackson, MS, Harry Alston Johnson, III, Phelps Dunbar, Baton Rouge, LA, for Plaintiff–Appellee.

Charles D. Marshall, Jr. (argued), Charles A. Snyder, Milling Benson Woodward, New Orleans, LA, Glenn G. Morris (argued), Baton Rouge, LA, for Defendants–Appellants.

*ON PETITION FOR PANEL RE-HEARING*

Before JONES, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:

The Defendants–Appellants' (Louisiana Bayou Furs, Inc. ("Bayou Furs") and William L. Berry ("Berry")) Petition for Rehearing is DENIED. In denying rehearing, we clarify a statement in Part X of the opinion. In Part X, we stated that "the fact that we have granted judgment as a matter of law for Berry on the LUTPA claim does not affect the judgment or his liability for the damages." As the Defendants–Appellants point out, the statutory claim for attorneys' fees in this case was under the Louisiana Unfair Trade Practices Act ("LUTPA"). Because we granted judgment as a matter of law in favor of Berry on the LUTPA claim, Berry is not liable to the Plaintiff–Appellee for attorneys' fees. However, this does not affect Bayou Furs's liability to the Defendants–Appellants or Berry's liability for the damages awarded by the jury. In all other respects, the Petition for Panel Rehearing is DENIED.